NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PABLO YEBRA,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-726
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Pablo Yebra, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.